# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2024-1663
_____

KERMIT DAVIDSON,

    Appellant,

    v.

MOLLIE J. ADAMS, as Personal
Representative of the Estate of
Casimir Adams, Deceased,

    Appellee.

_____

On appeal from the Circuit Court for Alachua County.
George M. Wright, Judge.

March 3, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and ROBERTS and BILBREY, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

Blair M. Fazzio and Lee Gill Cohen of Kanner & Pintaluga, P.A., Boca Raton, for Appellant.

Michael S. Rywant, Carla M. Sabbagh, and Amanda Dunn of Rywant, Alvarez, Jones, Russo & Guyton, PA, Gainesville, for Appellee.